UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. CR-05-2029-LRS |
| | ) | |
| v. | ) | ORDER GRANTING MOTION |
| | ) | TO DISMISS |
| HECTOR MENDOZA-MEJIA, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is the Defendant's Motion to Dismiss (Ct. Rec. 25). As set forth in his motion, Defendant's December 19, 2003 deportation cannot serve as a basis for prosecution in the instant case because the Defendant was denied due process during the underlying deportation proceeding.

Based upon the foregoing, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Ct. Rec. 25) is **GRANTED**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and provide copies to counsel and the United States Marshal's Office.

DATED this 13th day of July, 2005.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

ORDER GRANTING MOTION TO DISMISS